UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | CAUSE NO. |
| SHERIDAN SISK, ) | |
| Defendant. ) | 1:19-cr-0081-JRS-DML |

**INDICTMENT**

**COUNT ONE**

[18 U.S.C. § 922(g)(1)]
[Felon in Possession of a Firearm]

The Grand Jury charges that:

On or about February 13, 2019, within the Southern District of Indiana, SHERIDAN SISK, the defendant herein, having been convicted of one or more felony crimes punishable by imprisonment for a term exceeding one (1) year, to wit:

> Distribution of Cocaine, under cause number 1:08-CR-0128, in the Southern District of Indiana on or about November 24, 2008,

did knowingly possess in and affecting commerce a firearm, to wit: a Glock .40 caliber firearm bearing serial number CDV611US, in violation of Title 18, United States Code, Section 922(g)(1).

**FORFEITURE**

1.  Pursuant to Federal Rule of Criminal Procedure 32.2, the United States hereby gives the defendant notice that the United States will seek forfeiture of property, criminally

1

and/or civilly, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), as part of any sentence imposed.

2. Pursuant to Title 18, United States Code, Section 924(d), if convicted of the offense set forth in Count One of this Indictment, the defendant shall forfeit to the United States "any firearm or ammunition involved in" the offense.

3. The property subject to forfeiture includes, but is not necessarily limited to, the following:

    a. A Glock .40 Caliber firearm, serial number CDV611US;

    b. Beretta .40 Caliber firearm PZ39877;

    c. All recovered ammunition; and,

    d. $121,068 in United States Currency.

4. The United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and as incorporated by Title 28, United States Code, Section 2461(c), if any of the property described above in paragraph 3, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    e. has been placed beyond the jurisdiction of the court;

    f. has been substantially diminished in value; or

    g. has been commingled with other property which cannot be divided without difficulty.

A TRUE BILL:

███████████████

FOREPERSON

JOSH J. MINKLER
United States Attorney

by: *[signature]*

Peter A. Blackett
Assistant United States Attorney

3