UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:19-cr-0081-JRS-KMB |
| | ) | |
| SHERIDAN SISK, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On January 23, 2024, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on August 17, 2022. Defendant Sisk appeared in person with his retained counsel Jeffrey Baldwin. The Government appeared by Peter Blackett, Assistant United States Attorney. United States Probation Office present by USPO Jason Phillips.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Sisk of his rights and provided him with a copy of the petition. Defendant Sisk waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Sisk admitted Violation Numbers 1, 2, and 3. [Docket No. 85.]

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You must not commit another federal, state, or local crime."** |
| | On August 16, 2022, Mr. Sisk was charged with Unlawful Possession of a Firearm by a Serious Violent felon, felony; Unlawful Carrying of a Handgun, felony; Resisting Law Enforcement, misdemeanor; and |

       Operating a Vehicle while Intoxicated Endangering a Person, misdemeanor; in Hamilton County, Indiana, under cause number 29D01-2208-F4-005765.

       According to the probable cause affidavit, on August 15, 2022, Mr. Sisk was found behind the wheel of a crashed vehicle and was the sole occupant of the vehicle. He admitted to drinking earlier in the evening and resisted law enforcement when they attempted to restrain him. A Glock 21 handgun was located within arms reach of the driver's seat. Mr. Sisk is currently being held in the Hamilton County jail on an $100,000 bond. A Pretrial Conference is scheduled for October 4, 2022.

2      **"You shall not own, possess, or have access to a firearm, ammunition, destructive device or dangerous weapon."**

       On August 15, 2022, Mr. Sisk was the sole occupant in a vehicle that contained a loaded magazine on the driver's side floor board and a Glock 21 handgun within reach of the driver's seat as outlined in allegation one.

3      **"You shall not use or possess alcohol."**

       On August 15, 2022, Mr. Sisk admitted to law enforcement he had consumed alcohol. He crashed a vehicle into a mailbox and was asleep behind the wheel with the driver's door open when law enforcement arrived. Results of a blood draw are pending at this time.

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade B violation.

   (b) Defendant's criminal history category is III.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 8 to 14 months' imprisonment.

5. The parties jointly recommended a sentence of 12 months and 1 day with no supervised release to follow. Defendant requested placement at a facility close to Indianapolis, Indiana **excluding** FCC Terre Haute.

      The Magistrate Judge, having considered the relevant factors in 18 U.S.C. § 3553(a), *see* 18 U.S.C. § 3583(e) and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be

sentenced to the custody of the Attorney General or his designee for a period of 12 months and 1 day with no supervised release to follow. The Magistrate Judge will make a recommendation of placement to a facility close to Indianapolis, Indiana **excluding** FCC Terre Haute. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 1/23/2024

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system